**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): ____________________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**
   Krasnoff Domestic Growth Fund, LP

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)
   52-2341876

4. **Debtor's address**

   **Principal place of business**
   12 S. Main St. #4
   Number Street
   Pennington NJ 08534
   City State ZIP Code
   Mercer County
   County

   **Mailing address, if different from principal place of business**
   Number Street
   P.O. Box
   City State ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number Street
   City State ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ____________________

Debtor Krasnoff Domestic Growth Fund, LP
Name
Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

523920

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______

  District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes. Debtor Krasnoff Capital Management LLC Relationship General Partner

  District D.N.J. When 07/31/26 (MM / DD / YYYY)

  Case number, if known ______

Debtor Krasnoff Domestic Growth Fund, LP
Name

Case number (*if known*) ____________________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________________
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ____________________

**Where is the property?** ____________________
Number Street

____________________

City ____________________ State ________ ZIP Code ________

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ____________________

Contact name ____________________

Phone ____________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor Krasnoff Domestic Growth Fund, LP
Name

Case number (if known) ____________________

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/31/2026
MM / DD / YYYY

✘ /s/ Adam Zalev
Signature of authorized representative of debtor

Adam Zalev
Printed name

Title CRO

**18. Signature of attorney**

✘ /s/ Vincent Roldan
Signature of attorney for debtor

Date 07/31/2026
MM / DD / YYYY

Vincent Roldan
Printed name

Mandelbaum Barrett PC
Firm name

3 Becker Farm Road
Number Street

Roseland
City

NJ
State

07068
ZIP Code

973-974-9815
Contact phone

vroldan@mblawfirm.com
Email address

045371998
Bar number

NJ
State

**WRITTEN CONSENT**
**OF THE GENERAL PARTNER**
**OF**
**KRASNOFF DOMESTIC GROWTH FUND, LP**

**A Delaware Limited Partnership**

The undersigned, being the general partner (the "GP") of Krasnoff Domestic Growth Fund, LP, a Delaware limited partnership (the "Partnership"), pursuant to the provisions of Section 17-405(d) of the Delaware Revised Uniform Limited Partnership Act and the Limited Partnership Agreement of the Partnership (the "LP Agreement"), does hereby consent to, approve and adopt the following recitals, resolutions and actions as of July 7, 2026:

**WHEREAS**, the GP has determined, in its business judgement, that the following resolutions are advisable and in the best interest of the Partnership, its creditors, other stakeholders, and other parties in interest;

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that, pursuant to the applicable governing documents of the Partnership, the undersigned does hereby adopt the following resolutions:

## Chapter 11 Filing

**RESOLVED**, in the business judgment of the GP, it is desirable and in the best interests of the Partnership, the creditors, other stakeholders, and other parties in interest, that the Partnership files or causes to be filed a voluntary petition for relief (the "Bankruptcy Petition") under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey, and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States, and, in accordance with the requirements in the Partnership's governing documents and applicable law, hereby consents to, authorizes and approves, the filing of the Bankruptcy Petition;

**FURTHER RESOLVED** that the Adam Zalev as Chief Restructuring Officer, and any duly appointed successor thereto or any person holding any similar position, (such persons collectively, the "Authorized Persons"), shall be, and each of them individually hereby is, authorized and directed for and on behalf of the Partnership to take all actions (including, without limitation, to negotiate and execute any documents, certificates, supplemental agreements, and instruments) to and deliver any and all documents on behalf of the Partnership reasonably needed in connection with such bankruptcy case and/or any persons to whom such Authorized Persons and/or officers delegate certain responsibilities, be, and hereby are, authorized to execute and file on behalf of the Partnership all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of the Partnership's business;

**FURTHER RESOLVED** that each Authorized Person be, and hereby is, authorized, empowered, and directed, together with the financial and legal advisors to the Partnership, to take

all actions or to not take any action in the name of the Partnership, as such Authorized Persons shall deem necessary or desirable in such Authorized Persons' reasonable business judgment;

**FURTHER RESOLVED**, that each Authorized Person be, and hereby is, authorized, empowered, and directed to execute and file on behalf of the Partnership all other petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Partnership's businesses.

**Retention of Professionals**

**RESOLVED**, each of the Authorized Persons, be, and hereby are, authorized, empowered, and directed to retain on behalf of the Partnership: (i) Mandelbaum Barrett PC; (ii) Reflect Advisors, LLC; and (iii) any other legal counsel, accountants, financial advisors, tax advisors, restructuring advisors or other professionals the Authorized Persons deem necessary, appropriate or advisable; each to represent and assist the Partnership in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses); and in connection therewith, the Authorized Persons, be, and hereby are authorized, empowered and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services; and

**FURTHER RESOLVED**, each of the Authorized Persons, be, and hereby are, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to perform such further actions and execute such further documentation that the Authorized Persons in their absolute discretion deem necessary, appropriate or desirable in accordance with these resolutions.

**General Resolutions**

**RESOLVED**, that any and all actions heretofore taken by the Partnership in connection with the matters set forth in the foregoing recitals and resolutions are hereby ratified, approved and confirmed in all respects;

**RESOLVED FURTHER**, that the GP of the Partnership is hereby authorized to perform any acts, including the payment of any and all expenses, and to execute and deliver any and all documents, he or she deems necessary or appropriate in his or her opinion to carry out any or all of the foregoing resolutions; and

**RESOLVED FURTHER**, that this Written Consent may be executed in two or more counterpart signature pages, all of which together shall constitute one and the same instrument, and may be transmitted by facsimile or electronic portable document format (.pdf), and copies thereof so executed and delivered shall have the same force and effect as originals.

*[Signature page follows]*

Docusign Envelope ID: 6F5EE810-B457-8449-8166-0179CA034BB7


**IN WITNESS WHEREOF**, the undersigned, being the GP of the Partnership, has executed this Written Consent, effective as of the date first written above.

**GENERAL PARTNER:**

**KRASNOFF CAPITAL MANAGEMENT, LLC**

DocuSigned by:
By: Jacen Dinoff ______________________ 7/10/2026 | 6:24 AM EDT
8C700401464D417...
Name: Jacen Dinoff
Title: Manager