UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Lauren Bielskie, Esq.
David Gerardi, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: david.gerardi@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Krasnoff Domestic Growth Fund, LP, *et al.*, | : | Case No. 26-18662 (CMG) |
| | : | Jointly Administered |
| Debtors.[1] | : | |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF INVESTORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, effective August 19, 2026, the below listed creditors to the Official Committee of Investors in the above-captioned cases:

1. **William Kirkland**, an individual investor, Email: wkirk511@aol.com

2. **Robert Campbell,** an individual investor, Email: campbell.rl12@aol.com

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

*/s/ Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee

David Gerardi
Trial Attorney

Dated: August 19, 2026

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Krasnoff Domestic Growth Fund, LP (1876) and Krasnoff Capital Management, LLC (1869). The Debtors' principal place of business is 12 S. Main Street, #4, Pennington, NJ 08534.